UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

RONALD L. GREEN,

        Plaintiff,

vs.

JACOB J. LEW,

        Defendant.

2:13–cv–740–KJD–VCF

**ORDER**

      Before the court is Plaintiff's Motion Regarding the Sufficiency of Defendant's Answers to Plaintiff's Requests for Admissions (#10). Defendant's Points and Authorities in support of this motion challenge some of the objections raised by defendant in his responses to the Requests for Admissions.

      Defendant's arguments in opposition are based on assertions that plaintiff failed to personally consult with Defendant regarding this discovery dispute as required by LR 26-7(b) and that plaintiff failed to support his arguments with legal citation. (#15) Plaintiff's reply (#17) addresses the issues raised defendant's opposition.

      The court has reviewed all responses to the Requests for Admissions at issue, as set forth in Docket No. 10, pages 5 through 12. Defendant asserts general and specific objections, as permitted by Rule 36(a)(5) of the Federal Rules of Civil Procedure. In addition, responses 1, 5, 6, 7, 8, 9, 10, 11 and 12 each contain an express admission or denial of each request in its entirety, while the remaining responses specifically admit a portion of each request and deny the remainder of the request.

      These answers are sufficient and in compliance with Rule 36 of the Federal Rules of Civil Procedure.

Accordingly, the court GRANTS plaintiff's request that the court determine the sufficiency of the answers at issue, and for the reasons state above, DENIES any relief authorized by Rule 36(a)(6) of

IT IS SO ORDERED.

DATED this 18th day of February, 2014.

                                        CAM FERENBACH
                                      UNITED STATES MAGISTRATE JUDGE